# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**C.D.A. et al**

Case Number: 21-CV-469

vs.

**UNITED STATES OF AMERICA**

### Acceptance of Service by the United States Attorney

I _____Desiree Wilkins_____ (print name) hereby accept service on behalf of the United States Attorney (only).

_____*(signature)*_____

**For the United States Attorney (Signature)**

Desiree Wilkins

**Print Name**

2/4/2021

**Date**