IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., minor child, and Mr. A., his father; and E.A.Q.A., minor child, and Mr. Q., his father, | : : : : : : | CIVIL ACTION NO. 21-cv-00469 |
| *Plaintiffs,* | : : : | |
| v. | : : : | |
| THE UNITED STATES OF AMERICA, | : : : : | |
| *Defendants.* | : : | |

## ENTRY OF APPEARANCE

      Kindly enter my appearance on behalf of the United States of America in the above-captioned matter.

      /s/ *Veronica J. Finkelstein*
      Veronica J. Finkelstein
      Assistant United States Attorney
      615 Chestnut Street, Suite 1250
      Philadelphia, PA 19106
      (215) 861-8598
      Veronica.Finkelstein@usdoj.gov

Dated: March 22, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by electronic filing, upon the following:

Karen L. Hoffmann
SYRENA LAW
128 Chestnut Street, Suite 301A
Philadelphia, PA 19106

Bridget Cambria
Amy Maldonado
ALDEA – THE PEOPLE'S JUSTICE CENTER
532 Walnut Street
Reading, PA 19601

/s/ *Veronica J. Finkelstein*
Veronica J. Finklestein
Assistant United States Attorney

Dated: March 22, 2021