UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., minor child, and Mr. A., his father; and E.A.Q.A., minor child, and Mr. Q., his father,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States of America,<br><br>*Defendant*. | Civil Action No. 21-469<br><br>**ORDER ON MOTION FOR LEAVE TO FILE UNDER PSEUDONYMS** |

ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of Plaintiffs' Motion for Leave to File Under Pseudonyms, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
Edward G. Smith
United States District Judge