IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., minor child, and MR. A., his father; and E.A.Q.A., minor child, and MR. Q., his father, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-469 |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 23rd day of March, 2021, the plaintiffs having filed a motion for leave to file under pseudonyms (Doc. No. 4), it is hereby **ORDERED** that the court will hold a telephone conference on **Thursday**, **March 25, 2021**, at **11:30 a.m.** to discuss the motion. Counsel for the parties shall call 1-571-353-2300 and use pin 363973916# to enter the conference call.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.