IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., a minor child, and Mr. A., his father; and E.A.Q.A., a minor child, and Mr. Q., his father, | : : : : |
| Plaintiffs, | : : Civil Action No. 5:21-cv-00469 |
| v. | : : |
| The United States of America, | : : |
| Defendant. | : |

## ORDER

AND NOW, this __25th__ day of __March__, 2021, on consideration of the Motion for a Protective Order, and the response of defendant United States of America, it is ORDERED that the motion is GRANTED as follows:

1. Plaintiffs are permitted to proceed in this case using the pseudonyms "C.D.A.," "Mr. A.," "E.A.Q.A.," and "Mr. Q," which are the names used in their complaint;

2. Any pleadings or other documents filed with the Court shall redact the actual names of these plaintiffs or use pseudonyms in lieu of actual names. The same shall be true for the use of names during any public, pre-trial hearing;

3. Any discovery, including depositions, in this action may be conducted using the plaintiffs' real names;

4. This Order does not extend or apply to any trial in this matter; and

5. This Order is without prejudice to any party's ability to seek modification at a later date.

BY THE COURT:

*/s/ Edward G. Smith*
HONORABLE EDWARD G. SMITH
Judge, United States District Court