UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., minor child, and Mr. A., his father; and E.A.Q.A., minor child, and Mr. Q., his father,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States of America,<br><br>*Defendant*. | Civil Action No. 5:21-cv-00469 |

## STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME

Plaintiffs filed this action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671, *et seq.*, and Alien Tort Statute, 28 U.S.C. § 1350, on February 1, 2021.

Defendant United States filed a Motion to Dismiss on April 26, 2021. Plaintiffs' time to respond to the motion is currently May 10, 2021.

Plaintiffs request a 60-day extension for filing of their response, up to and including July 9, 2021. Defendant consents to this request.

Dated: May 6, 2021                              Respectfully submitted,


*/s/ Veronica Finkelstein*                      */s/ Karen L. Hoffmann*
VERONICA J. FINKELSTEIN                         Karen L. Hoffmann
Assistant United States Attorney                SYRENA LAW
                                                128 Chestnut Street, Suite 301A

*Counsel for the United States of America*

Philadelphia, PA 19106

*Counsel for Plaintiffs*

**<u>SO ORDERED</u>:**

Dated: _____

_____
HON. EDWARD G. SMITH
*Judge, United States District Court*

# CERTIFICATE OF SERVICE

I, Karen Hoffmann, certify that on May 6, 2021, I served a copy of the Stipulation and Proposed Order for Extension of Time on all parties by CM/ECF.

Date: May 6, 2021

*/s/ Karen L. Hoffmann*
Karen L. Hoffmann
SYRENA LAW
128 Chestnut Street, Suite 301A
Philadelphia, PA 19106
412-916-4509
karen@syrenalaw.com

*Counsel for Plaintiffs*