IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., minor child, and MR. A., his father; and E.A.Q.A., minor child, and MR. Q., his father, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-469 |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 6th day of May, 2021, after considering the stipulation enlarging the time for the plaintiff to file a response to the defendant's motion to dismiss jointly executed by the parties (Doc. No. 15), it is hereby **ORDERED** as follows:

1. The joint stipulation (Doc. No. 15) is **APPROVED**.[1] The plaintiffs shall file any response to the defendant's motion to dismiss (Doc. No. 14) on or before **July 9, 2021**; and

2. The court will hold a telephone conference on **Thursday**, **May 20, 2021**, at **1:00 p.m.** Counsel for the parties shall call 1-571-353-2300 and use pin 363973916# to enter the conference call.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The stipulation is attached to this order.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., minor child, and Mr. A., his father; and E.A.Q.A., minor child, and Mr. Q., his father,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States of America,<br><br>*Defendant*. | Civil Action No. 5:21-cv-00469 |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME**

Plaintiffs filed this action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671, *et seq.*, and Alien Tort Statute, 28 U.S.C. § 1350, on February 1, 2021.

Defendant United States filed a Motion to Dismiss on April 26, 2021. Plaintiffs' time to respond to the motion is currently May 10, 2021.

Plaintiffs request a 60-day extension for filing of their response, up to and including July 9, 2021. Defendant consents to this request.

Dated: May 6, 2021                             Respectfully submitted,


*/s/ Veronica Finkelstein*                     */s/ Karen L. Hoffmann*
VERONICA J. FINKELSTEIN              Karen L. Hoffmann
Assistant United States Attorney           SYRENA LAW
                                                              128 Chestnut Street, Suite 301A

*Counsel for the United States of America*

Philadelphia, PA 19106

*Counsel for Plaintiffs*

**SO ORDERED**:

Dated: _____

_____
HON. EDWARD G. SMITH
*Judge, United States District Court*

2

## CERTIFICATE OF SERVICE

    I, Karen Hoffmann, certify that on May 6, 2021, I served a copy of the Stipulation and Proposed Order for Extension of Time on all parties by CM/ECF.

Date: May 6, 2021

                                        */s/ Karen L. Hoffmann*
                                        Karen L. Hoffmann
                                        SYRENA LAW
                                        128 Chestnut Street, Suite 301A
                                        Philadelphia, PA 19106
                                        412-916-4509
                                        karen@syrenalaw.com

                                        *Counsel for Plaintiffs*