UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., minor child, and Mr. A., his father; and E.A.Q.A., minor child, and Mr. Q., his father, | |
| *Plaintiffs*, | Civil Action No. 21-469 |
| v. | |
| United States of America, | |
| *Defendant*. | |

**JOINT STIPULATION AND PROPOSED ORDER
TO HOLD CASE IN ABEYANCE**

Subject to the Court's approval and by and through their counsel of record, the parties stipulate as follows:

1.     Plaintiffs filed this action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671, *et seq.*, and Alien Tort Statute, 28 U.S.C. § 1350, on February 1, 2021.

2.     Defendant United States filed a Motion to Dismiss on April 26, 2021. Plaintiffs' time to respond to the motion is currently July 9, 2021.

3.     The United States, along with a group of counsel who are coordinating negotiations on behalf of plaintiffs and claimants, are engaged in a nationwide effort to settle district court cases and pending administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior

administration. While significant progress has been made, due to the scale and complexity of the effort, additional time is needed to achieve a global resolution of these matters.

4.     Accordingly, the parties have agreed to and seek an order from the Court holding this action in abeyance for a period of sixty (60) days, through September 7, 2021, during which the settlement discussions will continue.

        A proposed Order is submitted contemporaneously to the instant motion.


Dated: July 6, 2021                                    Respectfully submitted,


*/s/ Veronica Finkelstein*                             */s/ Karen L. Hoffmann*
VERONICA J. FINKELSTEIN                                 Karen L. Hoffmann
Assistant United States Attorney                       SYRENA LAW
                                                        128 Chestnut Street
*Counsel for the United States of*                      Suite 301A
*America*                                               Philadelphia, PA 19106

                                                        Bridget Cambria
                                                        ALDEA – THE PEOPLE'S JUSTICE
                                                        CENTER
                                                        532 Walnut Street
                                                        Reading, PA 19601

                                                        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Karen Hoffmann, certify that on July 6, 2021, I served a copy of the Joint

Stipulation and Proposed Order to Hold Case in Abeyance on all parties by

CM/ECF.

Date: July 6, 2021                                  */s/ Karen L. Hoffmann*
                                                    Karen L. Hoffmann
                                                    SYRENA LAW
                                                    128 Chestnut Street, Suite 301A
                                                    Philadelphia, PA 19106
                                                    412-916-4509
                                                    karen@syrenalaw.com

                                                    *Counsel for Plaintiffs*