IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., minor child, and MR. A., his father; and E.A.Q.A., minor child, and MR. Q., his father, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-469 |
| v. | : : : | |
| UNITED STATES OF AMERICA, | : : : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 7th day of July, 2021, after considering the stipulation to hold the case in abeyance jointly executed by the parties (Doc. No. 17), it is hereby **ORDERED** as follows:

1. The joint stipulation (Doc. No. 17) is **APPROVED**.[1] This action will be held in abeyance through September 7, 2021; and

2. The clerk of court shall **PLACE** this case in **CIVIL SUSPENSE** pending further order of court.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The stipulation is attached to this order.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., minor child, and Mr. A., his father; and E.A.Q.A., minor child, and Mr. Q., his father,<br><br>       *Plaintiffs*,<br><br>v.<br><br>United States of America,<br><br>       *Defendant*. | Civil Action No. 21-469 |

**JOINT STIPULATION AND PROPOSED ORDER
TO HOLD CASE IN ABEYANCE**

Subject to the Court's approval and by and through their counsel of record, the parties stipulate as follows:

1. Plaintiffs filed this action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671, *et seq.*, and Alien Tort Statute, 28 U.S.C. § 1350, on February 1, 2021.

2. Defendant United States filed a Motion to Dismiss on April 26, 2021. Plaintiffs' time to respond to the motion is currently July 9, 2021.

3. The United States, along with a group of counsel who are coordinating negotiations on behalf of plaintiffs and claimants, are engaged in a nationwide effort to settle district court cases and pending administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior

administration. While significant progress has been made, due to the scale and complexity of the effort, additional time is needed to achieve a global resolution of these matters.

4.     Accordingly, the parties have agreed to and seek an order from the Court holding this action in abeyance for a period of sixty (60) days, through September 7, 2021, during which the settlement discussions will continue.

A proposed Order is submitted contemporaneously to the instant motion.

Dated: July 6, 2021                                             Respectfully submitted,

/s/ Veronica Finkelstein                                        /s/ Karen L. Hoffmann
VERONICA J. FINKELSTEIN                          Karen L. Hoffmann
Assistant United States Attorney                      SYRENA LAW
                                                                           128 Chestnut Street
*Counsel for the United States of*                    Suite 301A
*America*                                                            Philadelphia, PA 19106

                                                                           Bridget Cambria
                                                                           ALDEA – THE PEOPLE'S JUSTICE CENTER
                                                                           532 Walnut Street
                                                                           Reading, PA 19601

                                                                           *Counsel for Plaintiffs*

2

3

## CERTIFICATE OF SERVICE

I, Karen Hoffmann, certify that on July 6, 2021, I served a copy of the Joint Stipulation and Proposed Order to Hold Case in Abeyance on all parties by CM/ECF.

Date: July 6, 2021                    */s/ Karen L. Hoffmann*
                                      Karen L. Hoffmann
                                      SYRENA LAW
                                      128 Chestnut Street, Suite 301A
                                      Philadelphia, PA 19106
                                      412-916-4509
                                      karen@syrenalaw.com

                                      *Counsel for Plaintiffs*