IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., minor child, and MR. A., his father; and E.A.Q.A., minor child, and MR. Q., his father, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-469 |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 2nd day of September, 2021, after a telephone conference with counsel, it is hereby **ORDERED** that the joint stipulated motion to hold case in abeyance (Doc. No. 19) is **GRANTED**. This action is to be held in abeyance for an additional period of sixty (60) days, through November 1, 2021.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.