IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., a minor child, and Mr. A., | : | |
| his father; and E.A.Q.A., a minor child, | : | |
| and Mr. Q., his father, | : | Civil Action No. 5:21-cv-00469 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| The United States of America, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 3rd day of September , 2021, upon consideration of the

United States of America's unopposed motion to voluntarily withdraw its motion to dismiss

(Doc. No. 14), it is hereby ORDERED that the motion is GRANTED. The motion is hereby

marked as voluntarily withdrawn without prejudice to the United States' right to refile its

motion to dismiss once this case is no longer held in abeyance.

BY THE COURT:

*/s/ Edward G. Smith*
HONORABLE EDWARD G. SMITH
Judge, United States District Court