# Exhibit B

# ICE/DRO RESIDENTIAL STANDARD

## RESIDENT CENSUS

**I. PURPOSE AND SCOPE.** Each facility has an ongoing, effective system of resident census to verify presence within the facility at specified times, thereby protecting the residential community from harm and enhancing facility security, safety, and good order.

**II. EXPECTED OUTCOME.**

1. The expected outcome of this Standard is that security, safety, and orderly facility operations will be maintained through an ongoing, effective system of resident census.

2. Where required, residents have regular access to translation services and/or are provided information in a language that they understand.

3. The standard complies with federal laws and with DHS regulations regarding residents with special needs.

**III. DIRECTIVES AFFECTED.** None

**IV. REFERENCES**

The First Edition National Residential Standards were written using a variety of methodologies including previous and current practices, review and comment from various subject matter experts, review and comment from various government and non-government organizations, and a review of current state codes in Pennsylvania and Texas. Each standard is written in a manner that affords each resident admission and continuous housing to a family residential facility in a dignified and respectful manner. There are no specific codes, certifications, or accreditations that deal specifically with unique management requirements of families awaiting the outcome of their immigration proceeding in a non-secure custodial environment.

American Correctional Association 4th Edition Standards for Adult Local Detention Facilities: 4-ALDF-2A-16, 2A-17.

**V. EXPECTED PRACTICES**

**1. Resident census**

Resident census is conducted at specific times of the day and night in a predetermined manner. A formal resident census should be conducted three times a day, with a shift supervisor verifying census accuracy. During the formal census, residents shall report to pre-designated areas at specified times and check in with staff as required. The census shall not resemble a standing head count such as those used in correctional operations except as permitted within this standard.

Census procedures must be strictly followed. If the accuracy of a census is in doubt, the staff shall do a census and any other double-checking necessary. Staff performing the census shall never rely on a roll call.

    a. Staffs shall encourage resident cooperation; however, they shall not allow residents to perform the census, nor participate in the preparation or documentation of the census process.

    b. As each area reports its census, the control staff shall so indicate in the control log. If any area/unit reports an incorrect census, all residents will be required to be returned to their housing unit for a formal census.

    c. A formal census requires face-to-photo verification. When the face-to-photo census has been completed, the control staff shall report that census to the shift supervisor responsible for accepting and clearing the census.

    d. In the event that a resident is unaccounted for after the face-to-photo verification, the supervisor on duty shall institute the escape policy.

    e. The census shall not be conducted during sleeping hours and staff shall not shine lights or otherwise disturb residents unless an exigent circumstance exists.

## 2. Face-to-Photo Verification

Face-to-photo verification shall be conducted as necessary.

Face-to-photo verification procedures are the same as the formal census procedures, except each resident shall be matched with the photo on his or her I-385 card or other facility photo-identification card.

## 3. Master Census

The facility Control Center shall maintain a master census.

The facility control staff maintains the master census record. He or she must be provided with up-to-the-minute information regarding resident admissions, releases, housing changes, hospital admissions, and any other changes that could affect resident accountability.

## 4. Out-Counts

The control staff shall maintain an out-count record of the number and destination of all residents who temporarily leave the facility.

This record must contain an accurate and up-to-date listing of every temporary departure and return of a resident

## 5. Emergency Counts

An emergency count shall be conducted when there is reason to believe a resident is missing, or after a major incident has occurred.

An emergency count is a formal census taken in addition to and at a different time from the regularly scheduled Resident reporting. When a resident is unaccounted for, or a major incident has ended, a census shall be taken to determine that no residents or staff are missing.

All residents shall be returned to their housing units during emergency counts. An emergency count is conducted in the same manner as a formal census.

**Standard Approved:**

_____      DEC 2 1 2007
John P. Torres                          _____
Director                                Date
Office of Detention and Removal