Exhibit C_a

| U.S. Department of Homeland Security | Subject ID: | | Record of Deportable/Inadmissible Alien |
|---|---|---|---|

| Family Name (CAPS) | First | Middle | Sex M | Hair BLK | Eyes BRO | Cmplxn MED |
|---|---|---|---|---|---|---|
| D███ | A███ | C███ | | | | |

| Country of Citizenship BRAZIL | Passport Number and Country of Issue ███ BRAZIL | File Number CASE No. ███ | Height 56 | Weight 117 | Occupation CHILD |
|---|---|---|---|---|---|

| U.S. Address | | Scars and Marks |
|---|---|---|

| Date, Place, Time, and Manner of Last Entry 05/23/2018, 1600, 8 mile(s) E of STR, PWA (A FOOT) | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|

| Number, Street, City, Province (State) and Country of Permanent Residence See Narrative | Method of Location/Apprehension PB |
|---|---|

| Date of Birth ███ Age: ███ | Date of Action 05/25/2018 | Location Code EPT/STN | At/Near Santa Teresa, NM | Date/Hour 05/23/2018 1605 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth ███ BRAZIL | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By ███ |
|---|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry PWA Mexico | Status When Found IN TRAVEL |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. AT ENTRY |
|---|---|---|

| Immigration Record NEGATIVE | Criminal Record None Known |
|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children NONE |
|---|---|

| Father's Name, Nationality, and Address, if Known See Narrative | Mother's Present and Maiden Names, Nationality, and Address, if Known See Narrative |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) I6A |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

I77 # ███

ARREST COORDINATES:
----------------------
Latitude:  31.78689
Longitude: -106.52778

CONSEQUENCE DELIVERY SYSTEM:
--------------------------------
Classification: FIRA

FOREIGN ADDRESS:
-----------------------------
███                ███          BRAZIL
███                ███          BRAZIL

BORDER PATROL AGENT
(Signature and Title of Immigration Officer)

| Alien has been advised of communication privileges _____ (Date/Initials) | |
|---|---|

| Distribution: A File Station Copy I DO NOT HAVE A LAWYER IN MY IMMIGRATION CASE. | Received: (Subject and Documents) (Report of Interview) Officer: ███ on: May 25, 2018 at 0413 (time) Disposition: Warrant of Arrest/Notice to Appear Examining Officer: ███ |
|---|---|

Form I-213 (Rev. 08/01/07) Y

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| D[redacted] A[redacted], C[redacted] | Event No: [redacted] | 05/25/2018 |

FATHER NAME AND ADDRESS:
--------------------------
Nationality: BRAZIL [redacted]

MOTHER NAME AND ADDRESS:
--------------------------
[redacted]

UNACCOMPANIED JUVENILE:
--------------------------
D[redacted] A[redacted], C[redacted]

FUNDS IN POSSESSION:
--------------------------
        .00

NARRATIVE:
----------
ENTRY DATA: Interview by United States Border Patrol Agent [redacted] revealed that subject identified as D[redacted] A[redacted], C[redacted], last entered the United States on May 23, 2018 at approximately 1600 hours, by crossing the United States/Mexico International Boundary approximately 8 mile east of the Santa Teresa Port of Entry near Santa Teresa, New Mexico. D[redacted] A[redacted], entered at a place not designated as a U.S. Port of Entry and was not then admitted after inspection by a Customs and Border Protection Officer.

APPREHENSION DATA:   On May 23, 2018 Border Patrol Agent [redacted] was in the Zone 18 area of the Santa Teresa Border Patrol's area of responsibility. At approximately 1600 hours, Agent [redacted] was advised via service radio that an officer with the International Boundary and Water Commission observed 6 individuals crossing the International Boundary by walking through the rock line [redacted] Agent [redacted] responded to this area and found all 6 individuals waiting to surrender to him.

Agent [redacted] identified himself as a United States Border Patrol Agent and then questioned the individual as to their citizenship and immigration status. The subject admitted to

| Signature | Title |
|---|---|
| [redacted] | BORDER PATROL AGENT |

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| D▓▓, A▓▓, C▓▓ | Event No: ▓▓ | 05/25/2018 |

being citizens of Brazil, and to having just made an illegal entry and to not having any immigration documents that would allow them to be or remain in the United States legally. The subjects were then placed under arrest and transported by Agent ▓▓ to the Santa Teresa Border Patrol Station for processing.

At the station, the subjects were enrolled into the E3/IDENT/NGI systems. Subject D▓▓, A▓▓, C▓▓, it was enrolled into the system but was not fingerprinted due to his age (9 yrs. Old).

All questions and documents were answered and sign by his father A▓▓ ▓▓.

IMMIGRATION/CRIMINAL VIOLATION:
At the Santa Teresa Border Patrol Station, the subject was advised of the administrative rights using CBP form I-770. The subject's father acknowledged understanding his son's rights with his signature. This act was witnessed by Agent ▓▓.

IMMIGRATION HISTORY:
No prior immigration history.

CRIMINAL HISTORY:
No prior known criminal history.

CONSULAR NOTIFICATION:
D▓▓, A▓▓, C▓▓ was advised of his right to contact the Brazilian consulate for which he declined. The Brazilian Consulate was advised of his arrest via fax on 05/25/2018.

PROPERTY: D▓▓, A▓▓, C▓▓ was in possession of personal property at the time of arrest. All property will accompany D▓▓, A▓▓, C▓▓ to the Clint Border Patrol Station (CBP Form ▓▓

HEALTH:
Subject appears and claims to be in good health.

D▓▓, A▓▓, C▓▓ was questioned and as per guidelines, is not eligible for Prosecutorial Discretion.

POC:
▓▓

Verified by USPS

DISPOSITION: D▓▓, A▓▓, C▓▓ was processed as a WA/NTA under ▓▓

| Signature | Title |
|---|---|
| ▓▓ | BORDER PATROL AGENT |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security    Continuation Page for Form ___I213___

| Alien's Name | File Number | Date |
|---|---|---|
| D████ A████, C████ ████ | ████████  Event No: ████████ | 05/25/2018 |

██. D████ A████, C████ ████ will be remanded to the custody of the Clint Border Patrol station pending placement. Separation was approved by ██ ████████

| Signature | Title |
|---|---|
| ████████ | BORDER PATROL AGENT |

___4___ of ___4___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)