Exhibit C_b

**U.S. Department of Homeland Security**  Subject ID: ▮  **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| A▮ | ▮ | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| BRAZIL | ▮, BRAZIL | CASE No: ▮ | 68 | 150 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| ▮ | SCAR BACK |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Marital |
|---|---|---|---|
| 05/23/2018, 1600, 8 mile(s) E of STR, PWA (A FOOT) | | ▮ | ☒ Married |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| See Narrative | O |

| Date of Birth | Age: ▮ | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ▮ | | 05/25/2018 | EPT/STN | READING, PA | 05/23/2018 1605 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| ▮ BRAZIL | | | ▮ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| See Narrative | 2-BRAZIL |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | I7A1 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|
| | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and ▮strative and/or criminal violation. Indicate means and route of travel to interior.)

I77 #: ▮

```
ARREST COORDINATES:
---------------------
Latitude:   31.78689
Longitude: -106.52778

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: FIRA

Program:         STR_PROS
```

BORDER PATROL AGENT

| Alien has been advised of communication privileges | (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| A File  Station Copy  I DO NOT HAVE A LAWYER IN MY IMMIGRATION CASE. | Officer: ▮  on: May 25, 2018 at 0000 (time)  Disposition: Expedited Removal with Credible Fear  Examining Officer: ▮ |

Form I-213 (Rev. 08/01/07) Y

U.S. Department of Homeland Security                    Continuation Page for Form ___I213___

| Alien's Name | File Number | Date |
|---|---|---|
| A▮▮▮▮▮ | ▮▮▮▮▮ <br> Event No ▮▮▮▮▮ | 05/25/2018 |

**FOREIGN ADDRESS:**
-------------------------
▮▮▮▮▮ BRAZIL
▮▮▮▮▮ BRAZIL

**SPOUSE NAME AND ADDRESS:**
-------------------------
Nationality: BRAZIL ▮▮▮▮▮
▮▮▮▮▮

**FATHER NAME AND ADDRESS:**
-------------------------
Nationality:BRAZIL ▮▮▮▮▮
▮▮▮▮▮

**MOTHER NAME AND ADDRESS:**
-------------------------
Nationality:BRAZIL ▮▮▮▮▮
▮▮▮▮▮

**FUNDS IN POSSESSION:**
-------------------------
United States Dollar        .00
Brazilian Real           1.60

**RECORDS CHECKED:**
-----------------
▮▮▮▮▮

**NARRATIVE:**
-----------
**ENTRY DATA:**
Interview by Border Patrol Agent (BPA) ▮▮▮▮▮ revealed that the subject later

| Signature | Title |
|---|---|
| ▮▮▮▮▮ | BORDER PATROL AGENT |

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| A█████████████████ | ████████████ | 05/25/2018 |
| | Event No: ████████ | |

identified as ████ A████████████████████ last entered the United States on 5/23/2018, at approximately 1600 hours, by walking across the United States/Mexico International Boundary 8 miles east of the Santa Teresa Port of Entry. A████ ████████ entered at a place not designated as a U.S. Port of Entry and was not then admitted after inspection by a Customs and Border Protection Officer.

APPREHENSION DATA: On May 23, 2018 Border Patrol Agent ████████████ was in the ████ area of the Santa Teresa Border Patrol's area of responsibility. At approximately 1600 hours, Agent ████████████ was advised via service radio, that an officer with the International Boundary and Water Commission observed 6 individuals crossing the International Boundary by walking through the rock line at ████████████ Agent ████ responded to this area and found all 6 individuals waiting to surrender to him.

Agent ████ identified himself as a United States Border Patrol Agent and then questioned the individuals as to their citizenship and immigration status. The subjects admitted to being citizens of Brazil, and to having just made an illegal entry and to not having any immigration documents that would allow them to be or remain in the United States legally. The subjects were then placed under arrest and transported by Agent ████ to the Santa Teresa Border Patrol Station for processing.

At the Santa Teresa Border Patrol Station, the subject identified as ████████ A██████ █ ██████████████ was enrolled into the E-3/IDENT/NGI systems. Upon enrolling the subject, it was discovered that A████ ██████████████ returned with the following:

Subject understood Spanish but was not fluent or able to write the language. All questioning and pertinent information was obtain through Google Translate.

IMMIGRATION HISTORY:
A████ ██████████████ has no prior immigration history.

CRIMINAL HISTORY:
A████ ██████████████ has no known criminal history.

IMMIGRATION DATA:
A████ ██████████████ is a native and citizen of Brazil by virtue of his birth in Brazil on ████████. A████ ██████████████ is an alien illegally present in the United States, has no immigration documents in his possession nor has he or anyone else filed a petition on his behalf, does not have close family ties or roots in this country and is likely to abscond.

MIRANDA RIGHTS:
A████ ██████████████ was advised of his Miranda Rights as per Service form I-214 in the Spanish language by Agent ████████████████ A████ ██████████████ acknowledged his understanding of his rights with his signature.

ADMINISTRATIVE WARNINGS:
A████ ██████████████ was advised of his Administrative Rights as per Service form I-867 in the Spanish language by Agent ████████████ A████ ██████████████

| Signature | Title |
|---|---|
| ████████████ | BORDER PATROL AGENT |

3 of 4 Pages

U.S. Department of Homeland Security                Continuation Page for Form ___I213___

| Alien's Name | File Number | Date |
|---|---|---|
| A▓▓▓▓▓ | ▓▓▓▓▓ Event No: ▓▓▓▓▓ | 05/25/2018 |

acknowledged his understanding of his rights with his signature. A▓▓▓ ▓▓▓▓▓ was advised that Agent ▓▓▓▓▓ wished to obtain a sworn statement and A▓▓▓ ▓▓▓▓▓ agreed to give a truthful, sworn statement using service form I-867 A/B. All of these acts were witnessed by Agent ▓▓▓▓▓.

CONSULAR NOTIFICATION:
A▓▓▓▓▓ was advised of his right to contact the Consulate of Brazil. A▓▓▓▓▓ declined to contact the Consulate of his country of citizenship. The consulate of Brazil was informed of the detention of A▓▓▓▓▓ via fax.

PROPERTY:
A▓▓▓▓▓ only kept his money and gave all of his property to his son DE O▓▓▓ A▓▓▓, C▓▓▓▓▓ A# ▓▓▓▓▓.

BOOKING:
A▓▓▓▓▓ was electronically booked under FBI# ▓▓▓▓▓.

A▓▓▓▓▓ was asked and he responded that ▓▓▓▓▓ returned to his country of citizenship.

A▓▓▓▓▓ appears and claims to be in good health.

A▓▓▓▓▓ claims that he knowingly entered the United States in order to proceed to Boston, Massachusetts to reside and to seek employment.

A▓▓▓▓▓ was questioned and as per guidelines, is not eligible for Prosecutorial Discretion/Deferred Action.

A▓▓▓▓▓ was advised of the Expedited Removal process and the charges against him. A▓▓▓▓▓, acknowledged his understanding, but refused to sign.

DISPOSITION:
A▓▓▓▓▓ was processed for an Expedited Removal (credible fear). A▓▓▓▓▓ will be transported to the Otero County Prison Facility pending prosecution for 8 USC 1325.

| Signature | Title |
|---|---|
| ▓▓▓▓▓ | BORDER PATROL AGENT |

___4___ of ___4___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)