# Exhibit C_c

# U.S. Department of Homeland Security — Record of Deportable/Inadmissible Alien

Subject ID: [redacted]

| Field | Value |
|---|---|
| Family Name (CAPS) | C___-A___ , [redacted] |
| First | [redacted] |
| Middle | |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | MED |
| Country of Citizenship | HONDURAS |
| Passport Number and Country of Issue | |
| File Number / CASE No: | [redacted] |
| Height | 58 |
| Weight | 100 |
| Occupation | STUDENT |
| U.S. Address | [redacted] |
| Scars and Marks | NONE VISIBLE |
| Date, Place, Time, and Manner of Last Entry | [redacted] |
| Passenger Boarded at | |
| F.B.I. Number | |
| Marital Status | Single |
| Number, Street, City, Province (State) and Country of Permanent Residence | See Narrative |
| Method of Location/Apprehension | PB |
| Date of Birth | [redacted] |
| Age | [redacted] |
| Date of Action | 06/07/2018 |
| Location Code | EPT/EPS |
| At/Near | El Paso, TX |
| Date/Hour | 06/07/2018 1843 |
| City, Province (State) and Country of Birth | [redacted], HONDURAS |
| AR | X |
| Form (Type and No.) Lifted / Not Lifted | |
| By | [redacted] |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | PWA Mexico |
| Status When Found | IN TRAVEL |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | AT ENTRY |
| Immigration Record | NEGATIVE |
| Criminal Record | None Known |
| Name, Address, and Nationality of Spouse | |
| Number and Nationality of Minor Children | |
| Father's Name, Nationality, and Address, if Known | See Narrative |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | See Narrative |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | Yes |
| Systems Checks | See Narrative |
| Charge Code Words(s) | I6A |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | Hr |
| Employed from/to | |

**Narrative** (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

```
ARREST COORDINATES:
---------------------
Latitude:   31.75929
Longitude: -106.50366

CONSEQUENCE DELIVERY SYSTEM:
-------------------------------
Classification: FIRA


FOREIGN ADDRESS:
--------------------------------
C S/M  [redacted]                , HONDURAS
C S/N  [redacted]                , HONDURAS
```

BORDER PATROL AGENT
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges _____ (Date/Initials)

Distribution:
A FILE
SECTOR PROSECUTIONS
STATION COPY

Received: (Subject and Documents) (Report of Interview)
Officer: [redacted]
on: June 07, 2018 at 1853 (time)
Disposition: Warrant of Arrest/Notice to Appear
Examining Officer: [redacted]

Form I-213 (Rev. 08/01/07) Y

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>Q█████-A█████, E██ A██ | File Number<br>Event No: ████████ | Date<br>06/07/2018 |

**FATHER NAME AND ADDRESS:**
--------------------------
Nationality: HONDURAS Q████, ████████
C S/M
████████, HONDURAS

**MOTHER NAME AND ADDRESS:**
--------------------------
Nationality: HONDURAS ████ ████
████████, HONDURAS

**UNACCOMPANIED JUVENILE:**
--------------------------
Q█████-A█████, E██ A██

**FUNDS IN POSSESSION:**
--------------------------
    .00

**RECORDS CHECKED:**
--------------------
████████

**NARRATIVE:**
----------
**ENTRY DATA:**
Q████████, ████████ and his minor child Q█████-A█████, E██ A████████ admit to having illegally entered the United States on June 7, 2018, at approximately 1840 hours, by crossing the Rio Grande River at a location, approximately 1.22 miles west of the Paso Del Norte Port of Entry in El Paso, Texas. The location at which Q████████, ████████ and his minor child Q█████-A█████, E██ A████████ entered the United States has not been designated as an official port of entry by an Immigration Officer of the United States. Therefore, Q████████, ████████ and his minor child Q█████-A█████, E██ A████████ were not legally inspected, admitted or paroled into the United States.

**ARREST DATA:**
On June 7, 2018, at approximately 1840 hours, Border Patrol Agent Pedro ████████

| Signature | Title |
|---|---|
| ████████ | BORDER PATROL AGENT |

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| Q▮▮-A▮▮, E▮ A▮▮▮ | Event No: ▮▮▮ | 06/07/2018 |

observed six subjects crossing the Rio Grande River, at a location approximately 1.22 miles west of the Paso Del Norte Port of Entry, in El Paso, Texas. At this location, the Rio Grande River serves as the International Boundary between the United States and Mexico. Agent ▮▮▮ responded to the location, and was able to make contact with the subjects once they had exited the river and reached the levee road. Agent ▮▮▮ identified himself as a United States Border Patrol Agent, and questioned the subjects as to their citizenship. All subjects admitted to being citizens of Honduras, not in possession of any immigration documents allowing them enter or remain in the United States legally. Q▮▮▮▮▮, ▮▮▮▮▮▮ and his minor child Q▮▮-A▮▮▮ E▮ A▮▮ were among those questioned. Agent ▮▮▮ placed all subjects under arrest at approximately 1843 hours.

All subjects were transported to the Paso Del Norte Border Patrol Processing Center (PDT) for further processing.

At PDT, Q▮▮-A▮▮, E▮ A▮▮▮ was enrolled using his fingerprints and biographical data into the E3 systems which returned with negative immigration history and negative criminal history. Record checks were run through Sector Radio Communications which confirmed the above information.

On 06/09/2018 subject was transported to the Clint Border Patrol Station for further processing.

File was amended at the Clint, TX Border Patrol Station by Agent ▮▮▮

ADMINISTRATIVE WARNINGS:

Subject was advised of his Administrative Rights via form I-770 in the Spanish language by BPA ▮▮▮ Subject acknowledged the understanding of his rights. Subject was not asked to provide a sworn statement due to being an unaccompanied child.

Subject is a native and citizen of Honduras by virtue of birth.

Subject is an alien illegally present in the United States, has no immigration documents in his possession nor has he or anyone else filed a petition on his behalf, has close family ties or roots in the United States and is likely to abscond.

Subject appears and claims to be in good health.

Subject claims that he knowingly illegally entered the United States in order to reside with her mother (▮▮▮▮▮) in an unknown city in New York.

IMMIGRATION HISTORY:

| Signature | Title |
|---|---|
| ▮▮▮ | BORDER PATROL AGENT |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|
| Alien's Name<br>Q█-A█████, E██ A█████ | File Number<br>█████████<br>Event No: ████████ | Date<br>06/07/2018 |

Negative.

CRIMINAL HISTORY:

Negative.

CONSULAR NOTIFICATION:

The Honduran Consulate was advised of the subject's detention via fax on 06/09/2018. Phone calls were made to the Honduran Consulate on 06/09/2018 at approximately 5:45 p.m. but no contact was made.

Subject spoke with ████████████ (aunt) on 06/09/2018 at approximately 6:00 p.m.

PROPERTY:
Subject was in possession of minimal personal effects. All property will accompany subject to her final destination.

BOOKING:
Subject was booked at the Clint, TX Border Patrol Station.

TRAVEL DATA:
Q█████████████ ████████████████ and his minor child Q████-A█████, E██ A█████ claim to have departed their country of Honduras on approximately May 18, 2018, and to have traveled by bus to the Mexico/ Guatemala border where they entered Mexico illegally. Q█████████████, ████████████ and his minor child Q████-A████h, E██ A█████ claim to have traveled by bus through various cities in Mexico until their arrival to Ciudad Juarez, Chihuahua, Mexico on June 6, 2018 and subsequently effected their illegal entry into the United States on June 7, 2018.

DISPOSITION:
Subject was processed as a Warrant of Arrest/Notice to Appear and will remain at the Clint, TX Border Patrol Station until placement is obtained.

File was reviewed by (A) SBPA ███████████████ and (A) Watch ██████████████████.

POC INFO:
Aunt

| Signature | Title |
|---|---|
| ███████████████ | BORDER PATROL AGENT |

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)