Exhibit C_d

**U.S. Department of Homeland Security**  Subject ID: ▮  **Record of Deportable/Inadmissible Alien**

| Field | Value |
|---|---|
| Family Name (CAPS) | Q▮▮▮▮ |
| First | |
| Middle | |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | MED |
| Country of Citizenship | HONDURAS |
| Passport Number and Country of Issue | |
| File Number | CASE No: ▮ |
| Height | 65 |
| Weight | 165 |
| Occupation | LABORER |
| U.S. Address | ▮ |
| Scars and Marks | NONE INDICATED |
| Date, Place, Time, and Manner of Last Entry | 06/07/2018, 1840, 1.22 mile(s) W of PDN, PWA, AFOOT |
| Passenger Boarded at | |
| F.B.I. Number | ▮ |
| Marital Status | ☒ Single |
| Number, Street, City, Province (State) and Country of Permanent Residence | ▮ HONDURAS |
| Method of Location/Apprehension | PB |
| Date of Birth | ▮ Age: ▮ |
| Date of Action | 06/07/2018 |
| Location Code | EPT/EPS |
| At/Near | El Paso, TX |
| Date/Hour | 06/07/2018 1843 |
| City, Province (State) and Country of Birth | ▮ HONDURAS |
| AR | [X] |
| Form (Type and No.) | Lifted ☐ Not Lifted ☐ |
| By | ▮ |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | PWA Mexico |
| Status When Found | TRAVEL/SEEKING |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | AT ENTRY |
| Immigration Record | POSITIVE - See Narrative |
| Criminal Record | |
| Name, Address, and Nationality of Spouse | |
| Number and Nationality of Minor Children | 2, HONDURAS |
| Father's Name, Nationality, and Address, if Known | See Narrative |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | See Narrative |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | ☒ Yes ☐ No |
| Systems Checks | See Narrative |
| Charge Code Words(s) | I9A2 |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS # ▮

▮▮▮ [redacted]

ARREST COORDINATES:
---------------------
Latitude:  31.75929
Longitude: -106.50366

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: SOTA

Program:    STR_PROS

▮ BORDER PATROL AGENT
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges _____ (Date/Initials)

Distribution:
A File
SECTOR PROSECUTION OFFICE
Station Copy

Received: (Subject and Documents) (Report of Interview)
Officer: ▮
on June 07, 2018 at 1853 (time)
Disposition: REINSTATEMENT OF DEPORT ORDER I-871
Examining Officer: ▮

Form I-213 (Rev. 08/01/07) Y

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| Q▇▇, ▇▇ | Event No: ▇▇ | 06/07/2018 |

FATHER NAME AND ADDRESS:
--------------------------
Nationality:HONDURAS Q▇▇, ▇▇

▇▇ ▇▇ HONDURAS

MOTHER NAME AND ADDRESS:
--------------------------
Nationality:HONDURAS ▇▇, ▇▇

▇▇ ▇▇ HONDURAS

FUNDS IN POSSESSION:
--------------------------
       .00

RECORDS CHECKED:
-----------------
▇▇
▇▇
▇▇
▇▇
▇▇

NARRATIVE:
-----------
FAMILY UNIT:   (FATHER) Q▇▇, ▇▇ ▇▇; (SON) Q▇▇-A▇▇, E▇ A▇▇.

TRAVEL DATA:
Q▇▇, ▇▇ and his minor child Q▇▇-A▇▇, E▇ A▇▇ claim to have departed their country of Honduras on approximately May 18, 2018, and to have traveled by bus to the Mexico/ Guatemala border where they entered Mexico illegally. Q▇▇, ▇▇ and his minor child Q▇▇-A▇▇, E▇ A▇▇ claim to have traveled by bus through various cities in Mexico until their arrival to Ciudad Juarez, Chihuahua, Mexico on June 6, 2018 and subsequently effected their illegal entry into the United States on June 7, 2018.

| Signature | Title |
|---|---|
| ▇▇ | BORDER PATROL AGENT |

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| Q▮▮▮▮, ▮▮▮▮ | Event No: ▮▮▮▮ | 06/07/2018 |

**ENTRY DATA:**
Q▮▮▮▮ ▮▮▮▮ and his minor child Q▮▮▮-A▮▮, E▮ A▮▮▮▮ admit to having illegally entered the United States on June 7, 2018, at approximately 1840 hours, by crossing the Rio Grande River at a location, approximately 1.22 miles west of the Paso Del Norte Port of Entry in El Paso, Texas. The location at which Q▮▮▮▮ ▮▮▮▮ and his minor child Q▮▮-A▮▮, E▮ A▮▮▮ entered the United States has not been designated as an official port of entry by an Immigration Officer of the United States. Therefore, Q▮▮▮▮, ▮▮▮▮ and his minor child Q▮▮-A▮, E▮ A▮▮ were not legally inspected, admitted or paroled into the United States.

**ARREST DATA:**
On June 7, 2018, at approximately 1840 hours, Border Patrol Agent ▮▮▮▮ observed six subjects crossing the Rio Grande River, at a location approximately 1.22 miles west of the Paso Del Norte Port of Entry, in El Paso, Texas. At this location, the Rio Grande River serves as the International Boundary between the United States and Mexico. Agent ▮▮▮▮ responded to the location, and was able to make contact with the subjects once they had exited the river and reached the levee road. Agent ▮▮▮▮ identified himself as a United States Border Patrol Agent, and questioned the subjects as to their citizenship. All subjects admitted to being citizens of Honduras, not in possession of any immigration documents allowing them enter or remain in the United States legally. Q▮▮▮, ▮▮▮▮ and his minor child Q▮▮-A▮▮, E▮ Alexadro were among those questioned. Agent ▮▮▮▮ placed all subjects under arrest at approximately 1843 hours. All subjects were transported to the Paso Del Norte Border Patrol Processing Center (PDT) for further processing.

At PDT, Q▮▮▮, ▮▮▮▮ was enrolled into the E3/IDENT/NGI systems using his biometric and biographical information. E3/IDENT/NGI returned positive for immigration history and negative for criminal history. Checks were run through sector radio communications which confirmed the aforementioned information.

Q▮▮-A▮▮, E▮ A▮▮▮ was not enrolled into the IDENT/NGI systems due to him being a juvenile. Records checks were run through sector radio communications which returned negative for immigration and criminal histories.

Q▮▮▮, ▮▮▮▮ was advised of his rights via Form I-214, which he acknowledged but declined to sign. Q▮▮▮, ▮▮▮▮ was not willing to provide a sworn statement at this time.

**IMMIGRATION HISTORY:**

Q▮▮▮, ▮▮▮▮ was apprehended by the U.S. Border Patrol in Brownsville, Texas, on September 24, 2012. Q▮▮▮, ▮▮▮▮ was ordered removed on September 25, 2012, and was removed to Honduras via the Miami, Florida International Airport on October 9, 2012.

**CRIMINAL HISTORY:**

| Signature | Title |
|---|---|
| ▮▮▮▮ | BORDER PATROL AGENT |

3 of 5 Pages

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| Q█████████, ███████ | ███████ Event No: ███████ | 06/07/2018 |

Negative

Disposition:

AUSA ███████ was contacted and was presented with the facts of the case. He also approved prosecution under 8 USC 1326 for the Q█████████, ███████

Q███-A█, E█ A███ was processed as an unaccompanied juvenile, Warrant of Arrest/Notice to Appear and will be transported to the Clint Border Patrol Station pending placement.

Q███-A█, E█ A███ was arrested with his father Q█████████, ███ ███████ (A# ███████. The father was approved for prosecution for Illegal re-entry into the United States on 6/9/2018 and will be held at El Paso County Detention Facility in El Paso, Texas. Q███-A█, E█ A███ was converted to a UAC on 6/09/2018 and placement was requested at 0257 hours. Placement and travel are pending at the moment.

Q█████████, ███████ was processed for a Reinstatement of Prior Order of Removal under issued Alien Registration # ███████

Q███-A█, E█ A███ was issued Alien Registration Number ███████

Q█████████, ███████ is an alien illegally present in the United States and has close family ties in the United States, and is likely to abscond if released due to his immigration status.

Q█████████, ███████ has no outstanding Wants/Warrants.

Q█████████, ███████ has not filed a petition nor has one been filed on his child's behalf to enter or remain in the United States legally.

Q█████████, ███████ was advised of his right to speak with the consulate of his native country Honduras which he declined to do at this time.

Q█████████ ███████ claims to be in good health.

Q█████████ ███████ claims no fear of persecution or torture if returned to his native country of Honduras.

Q█████████ ███████ was booked electronically through the NGI system.

Q█████████ ███████ does not have property with the El Paso Border Patrol.

Q█████████ ███████ will not be taking any property to the El Paso County Jail.

Q█████████ ███████ willfully disposed of all his non valuable property.

| Signature | Title |
|---|---|
| ███████ | BORDER PATROL AGENT |

4 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name Q▮ ▮ | File Number ▮ Event No: ▮ | Date 06/07/2018 |

Q▮ ▮ Honduras Birth Certificate will be placed in his file.

U.S. Point of Contact
▮ ▮
Houston, Texas
▮

*Attempted multiple phone calls but was unable to reach her U.S. point of contact.*

| Signature ▮ | Title BORDER PATROL AGENT |
|---|---|

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)