# Exhibit D

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2018 | | Arrest of ███ A███ ███████ (sju*) (Entered: 05/28/2018) |
| 05/28/2018 | | Set Hearing as to ███ A███ ███████: Initial Appearance set for 5/29/2018 at 10:33 AM ███████ before Magistrate Judge ███████ (Entered: 05/28/2018) |
| 05/29/2018 | 1 | COMPLAINT as to ███ A███ ███████ (Entered: 05/29/2018) |
| 05/29/2018 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER ███████ [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 05/29/2018) |
| 05/29/2018 | 3 | Clerk's Minutes for proceedings held ███████ [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 05/29/2018) |
| 06/01/2018 | 4 | NOTICE OF HEARING as to ███ A███ ███████: Initial Appearance/Detention/Plea Hearing set for 6/6/2018 at 9:30 AM ███████ before Magistrate Judge ███████ [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 06/01/2018) |
| 06/06/2018 | 5 | Clerk's Minutes for proceedings held before Magistrate Judge ███████: Initial Appearance/Detention/Plea/Sentencing-Misdemeanor Hearing Held on 6/6/2018 as to ███ A███ ███████. Guilty Plea entered to Complaint. SENTENCE IMPOSED:CBOP time served; SPA waived. Defendant advised of appeal rights. ███████ [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] Modified on 6/6/2018 (arn). (Entered: 06/06/2018) |
| 06/06/2018 | 6 | **JUDGMENT** as to ███ A███ ███████ by Magistrate Judge Gregory B. Wormuth; ███████ Defendant pleaded guilty to count(s): Complaint.   The defendant is adjudicated guilty of this offense: **8:1325(a)(1) Illegal Entry Without Inspection**. Offense Ended **5/23/2018**.   Upon the government's oral motion to remit the payment of the Special Assessment, such assessment is hereby ordered remitted.   Date of imposition of Judgment: **6/6/2018**.   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **15 days** or time served, whichever is less.   It is further ordered that the defendant shall be given credit for any time spent in official detention in connection with the case pursuant to 18 U.S.C. 3585. As this is a Class B misdemeanor conviction, the sentencing guidelines do not apply. Within fourteen (14) days of the entry of the judgment, you have the right to appeal the final sentence of the court.   The defendant is remanded to the custody of the United States Marshal. [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED](vrr*) (Entered: 06/06/2018) |