# Exhibit E

ORDER TO DETAIN OR RELEASE

| TO: | |
|---|---|
| PLEASE DETAIN / RELEASE THE FOLLOWING ALIENS AS APPROPRIATE | Detain |
| NATURE OF PROCEEDINGS: | |

| ALIEN NAME | AGE | SEX | NATIONALITY | BIRTHDATE | ALIEN NUMBER | CLS CODE | PREVIOUS CONVICTIONS | DATE & LENGTH OF INCARCERATION |
|---|---|---|---|---|---|---|---|---|
| A■ | ■ | M | Brazil | ■ | ■ | | | |
| C■ D■ A■ | ■ | M | Brazil | ■ | ■ | | | |

DATE OF ARRIVAL: 7/12/2018
TIME IF ARRIVAL: 11:30PM

DATE OF DEPARTURE:
TIME OF DEPARTURE:

REMARKS:

*THANK YOU!*

| SIGNATURE OF DETENTION OFFICER, SHERIFF, ETC. (RECEIVING) | SIGNATURE OF OFFICER DIRECTING ACTION |
|---|---|
| | [signature] |
| | TITLE: DO   STATION: PHL/BERKS |

FORM I-203     UNITED STATES DEPARTMENT OF HOMELAND SECURITY - IMMIGRATION AND CUSTOMS ENFORCEMENT

Page 1