# Exhibit F

# ORDER TO DETAIN OR RELEASE

| TO | OIC/RECORDS | | | | NAME OF FACILITY: | | BERKS COUNTY FAMILY RESIDENTIAL CENTER | |
|---|---|---|---|---|---|---|---|---|
| PLEASE DETAIN / RELEASE THE FOLLOWING ALIENS AS APPROPRIATE | | RELEASE | | | NATURE OF PROCEEDINGS: | | RELEASE to ICE | |

| ALIEN NAME | AGE | SEX | NATIONALITY | BIRTHDATE | ALIEN NUMBER | CLS CODE | PREVIOUS CONVICTIONS | DATE & LENGTH OF INCARCERATION |
|---|---|---|---|---|---|---|---|---|
| A▓ | ▓ | M | Brazil | ▓ | ▓ | | N/A | |
| C▓ d▓ A▓ | ▓ | M | Brazil | ▓ | ▓ | | N/A | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| DATE OF ARRIVAL: | | DATE OF DEPARTURE: | 8/9/2018 |
|---|---|---|---|
| TIME IF ARRIVAL: | | TIME OF DEPARTURE: | 9:00AM |

REMARKS: Released to ICE for ATD outprocessing and transfer to the bus station.
Please provide 1 days of food for travel.
PLEASE PREPARE ALL PROPERTY and MONEY for release.

**THANK YOU!**

| SIGNATURE OF DETENTION OFFICER, SHERIFF, ETC. (RECEIVING) | SIGNATURE OF OFFICER DIRECTING ACTION Greta Young |
|---|---|
| | TITLE: DO | STATION: PHI/BERKS |

FORM I-203    UNITED STATES DEPARTMENT OF HOMELAND SECURITY - IMMIGRATION AND CUSTOMS ENFORCEMENT