# Exhibit H



Stay of Removal | Detention History

Q█-A█, E█ A█

## Comments



All of the following comments are related to Case ███
Results: 11 total

| Date Entered | Entered By | Type | Comments |
|---|---|---|---|
| 07/18/2018 03:44 PM | FEP8071A | EADM | 7/18/18. Subject released to parent on OR. To reside in PENNSYLVANIA. |
| 07/18/2018 11:44 AM | FEP8071A | EADM | 7/18/2018. Subject transferred to EPC for unification. |
| 06/21/2018 04:16 PM | FAO3681A | EARM | Juvenile was transferred and in care of SWK PROCESSING CENTER in Brownville, TX on 06/11/2018. A-FILE has been forward to docket officer for case review. |
| 06/11/2018 01:00 AM | FAO2864A | EADM | Juvenile Book-In to SWK Processing Center on 6/11/18. |
| 06/10/2018 07:30 PM | CBP7526B | EADM | ORR place UAC at SWK Processing Center. |

**Comment Type Legend**
EARM: Case comments entered in the EARM system.
EADM: Detention comments entered in the EADM system.
ATD: Alternatives to Detention comments entered in the EARM system.