IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., minor child, and MR. A., his father; and E.A.Q.A., minor child, and MR. Q., his father, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-469 |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 10th day of January, 2022, after a telephone conference with counsel; and the stay in this matter having been scheduled to end on January 2, 2022; and the defendant having refiled a motion to dismiss the plaintiffs' complaint (Doc. No. 29); accordingly, it is hereby **ORDERED** as follows:

1. The clerk of court shall **REMOVE** this matter from civil suspense and **RETURN** it to the court's active docket;

2. The plaintiffs shall file a response to the defendant's motion to dismiss (Doc. No. 29) by **February 21, 2022**;

3. The defendant shall file any reply to the plaintiffs' response by **March 3, 2022**; and

4. The court will hold oral argument on the defendant's motion to dismiss (Doc. No. 29) on **Wednesday**, **March 9, 2022**, at **1:00 p.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, PA 18042.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.