IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., minor child, and MR. A., his father; and E.A.Q.A., minor child, and MR. Q., his father, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-469 |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 4th day of February, 2022, the defendant having filed a motion to dismiss the original complaint (Doc. No. 29); and the plaintiffs having responded to the motion to dismiss by filing an amended complaint on January 28, 2022 (Doc. No. 31); accordingly, it is hereby **ORDERED** that the motion to dismiss (Doc. No. 29) is **DENIED AS MOOT**.[1]

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] If the defendant files a motion to dismiss the amended complaint, the parties shall follow this district's Local Civil Rules (available at: https://www.paed.uscourts.gov/documents/locrules/civil/cvrules.pdf) and the undersigned's policies and procedures relating to filing any response in opposition or a reply brief (available at: https://www.paed.uscourts.gov/documents/procedures/smtpol.pdf). In addition, the court plans to hold oral argument on a motion to dismiss the amended complaint on the same date referenced in the January 10, 2022 Order (Doc. No. 30), *i.e.* March 9, 2022, at 1:00 p.m. in Easton, Pennsylvania.
   If the parties require additional time relating to the filing of a motion to dismiss or briefing on the motion, they should submit a stipulation for the court's approval or request a telephone conference with the undersigned to discuss setting a modified schedule.