IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., minor child, and MR. A., his father; and E.A.Q.A., minor child, and MR. Q., his father, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-469 |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 7th day of February, 2022, after receiving correspondence from defense counsel requesting an unopposed extension of time to respond to the plaintiffs' amended complaint, it is hereby **ORDERED** that the court's January 10, 2022 order (Doc. No. 30) is **AMENDED** as follows:

1. The defendant shall file a response to the plaintiffs' amended complaint by **March 14, 2022**;

2. The plaintiffs shall file any reply to the defendant's response by **April 13, 2022**; and

3. The oral argument scheduled for Wednesday, March 9, 2022, at 1:00 p.m. is **RESCHEDULED** to **Friday**, **April 15, 2022 at 10:00 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, PA 18042.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.