IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., a minor child, and Mr. A., his father; and E.A.Q.A., a minor child, and Mr. Q., his father,<br><br>Plaintiffs,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Civil Action No. 5:21-cv-00469 |

### ORDER

AND NOW, this ____ day of _____, 2022, upon consideration of Defendant's Unopposed Motion to Revise the Court's February 7, 2022 Amended Scheduling Order, it is HEREBY ORDERED that the motion is GRANTED. The schedule is amended as follows:

1) The defendant shall file a response to the plaintiffs' amended complaint by **March 28, 2022**;

2) The plaintiffs shall file any response to the defendant's filing by **April 27, 2022**;

3) The defendant shall file a reply to the plaintiffs' response by **May 11, 2022;** and

4) The oral argument is **Rescheduled** to _____ at _____ at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, PA 18042.

BY THE COURT:

_____
HONORABLE EDWARD G. SMITH
Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., a minor child, and Mr. A., his father; and E.A.Q.A., a minor child, and Mr. Q., his father, <br><br> Plaintiffs, <br><br> v. <br><br> The United States of America, <br><br> Defendant. | Civil Action No. 5:21-cv-00469 |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO FILE IT'S RESPONSE TO AMENDED COMPLAINT AND PROPOSE
A REVISED SCHEDULING ORDER**

Defendant respectfully requests an extension of time in which to file its response to the amended complaint; and proposes a revised scheduling order in this matter.

In support of this unopposed motion, defendants state the following:

1. On July 7, 2021, the Court placed this matter in civil suspense at the request of the parties.

2. On January 7, 2022, the Court removed the case from civil suspense and issued a scheduling order.

3. On February 7, 2022, the Court issued an amended scheduling Order setting March 14, 2022 as the deadline for the defendant to respond to the amended complaint.[1]

4. Due to complex nature of this matter, defendant requires a short extension to allow for the multiple interested departments and components of the United

---

[1] The February 7, 2022 scheduling order set oral argument for Friday, April 15, 2022. April 15, 2022 is Good Friday and the first day of Passover, which presents scheduling conflicts for defense counsel.

   States to review the amended complaint and consult on the appropriate response.

5. Due to the complex nature of the amended complaint and the equally complex nature of defendant's likely motion to dismiss, defendant believes a reply brief will be necessary.

6. Defendant respectfully requests that the Court adopt a revised schedule setting the defendant's motion to dismiss due date as **March 28, 2022**; the plaintiffs' response date as **April 27, 2022**; and defendant's reply due date as **May 11, 2022**. The parties request that the oral argument be rescheduled according to the Court's convenience.

7. Defendant's counsel has discussed this timeline with plaintiffs' counsel, and they have no objection to this proposed revised schedule.

WHEREFORE, Defendant respectfully requests the Court approve the proposed amended scheduling order.

                                              Respectfully submitted,

                                              JENNIFER ARBITTIER WILLIAMS
United States Attorney

/s/ Gregory David [SRB]
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

/s/ Veronica Finkelstein
VERONICA J. FINKELSTEIN
ANTHONY ST. JOSEPH
Assistant United States Attorneys

*Counsel for the United States of America*

Dated: March 3, 2022

## CERTIFICATE OF SERVICE

I certify that on this date, I filed the foregoing unopposed motion with the Court and served it via ECF case filing and email, on the following:

Karen L. Hoffman
SyrenaLaw
128 Chestnut Street, Suite 301A
Philadelphia, PA 19106
karen@syrenalaw.com

Bridget Cambria
Amy Maldonado
Aldea-The People's Justice Center
532 Walnut Street
Reading, PA 19601
bridget@aldeapjc.org
amy@amaldonadolaw.com

Dated: March 3, 2022

*/s/ Veronica J. Finkelstein*
Veronica J. Finkelstein
Assistant United States Attorney