IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., minor child, and MR. A., his father; and E.A.Q.A., minor child, and MR. Q., his father, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-469 |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 4th day of March, 2022, the defendant having filed a motion requesting a second unopposed extension of time to respond to the plaintiffs' amended complaint (Doc. No. 34); and for good cause shown, it is hereby **ORDERED** as follows:

1. The defendant's motion for an extension (Doc. No. 34) is **GRANTED**. The defendant shall file a response to the amended complaint by **March 28, 2022**;

2. The plaintiffs shall file any reply to the defendant's response by **April 27, 2022**;

3. The oral argument scheduled for Friday, April 15, 2022, at 10:00 a.m. is **RESCHEDULED** to **Friday**, **May 13, 2022 at 10:00 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, PA 18042; and

4. The court will hold a telephone status conference with counsel on **Thursday**, **March 10, 2022**, at **3:00 p.m.** Counsel for the parties shall call 1-866-434-5269 and use access code 3623011# to enter the conference call.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.