IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., a minor child, and Mr. A., his father; and E.A.Q.A., a minor child, and Mr. Q., his father,<br><br>      Plaintiffs,<br><br>      v.<br><br>The United States of America,<br><br>      Defendant. | :<br>:<br>:<br>:   Civil Action No. 5:21-cv-00469<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## THE UNITED STATES' MOTION TO DISMISS
## THE PLAINTIFFS' AMENDED COMPLAINT

In their amended complaint, the plaintiffs assert claims pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671 et seq. (the "FTCA") and the Alien Tort Statute, 28 U.S.C. § 1350 (the "ATS"). No claims, as pled, are viable under either the FTCA or the ATS. The deficiency cannot be remedied through amendment. For this reason, the United States moves for dismissal of the entire amended complaint, with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

In the alternative, if any claims survive dismissal, the United States District Court for the Eastern District of Pennsylvania is not the best forum for such claims. For this reason, the United States moves, in the alternative, for transfer of any surviving claims pursuant to 28 U.S.C. § 1404(a).

The factual and legal grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
United States Attorney


/s/ *Susan R. Becker*  for GBD
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

/s/ *Veronica J. Finkelstein*
VERONICA J. FINKELSTEIN
ANTHONY ST. JOSEPH
Assistant United States Attorneys

*Counsel for the United States of America*

Dated: March 28, 2022