IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., minor child, and MR. A., his father; and E.A.Q.A., minor child, and MR. Q., his father, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-469 |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 26th day of April, 2022, after considering the parties' joint stipulation for a 15-day extension of the plaintiffs' time to file opposition to the defendant's motion to dismiss the amended complaint (Doc. No. 53); and the court finding that the parties have set forth good cause for the extension; accordingly, it is hereby **ORDERED** as follows:

1. The joint stipulation (Doc. No. 53) is **APPROVED**;

2. The plaintiffs shall have until **May 12, 2022** to file their opposition to the defendant's motion to dismiss;

3. The defendant shall have until **May 26, 2022**, to file a reply brief; and

4. The oral argument currently scheduled for May 13, 2022, at 10:00 a.m. is **RESCHEDULED** to **Wednesday**, **July 6, 2022**, at **9:30 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, PA 18042.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.