IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., ET AL., | : | CIVIL ACTION |
| | : | 5:21-cv-469 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF RESCHEDULED
## INITIAL PRETRIAL CONFERENCE

Please be advised that the initial pretrial conference scheduled before Judge Edward G. Smith in the above-captioned matter for Wednesday, July 5, 2023, at 2:30 p.m. has been **RESCHEDULED.** The conference will now be held on **WEDNESDAY, JULY 19, 2023,** at **3:00 p.m.** The conference will be held at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042.

A copy of the Policies and Procedures for Judge Smith is available on the court's website at https://www.paed.uscourts.gov. Prior to the initial pretrial conference, the parties should confer and prepare a joint report pursuant to Federal Rule of Civil Procedure 26(f). This joint report should be e-mailed to chambers no later than three days prior to the initial pretrial conference. The parties shall commence discovery **immediately.** Requests to reschedule this conference are strongly discouraged, and the conference will only be continued when compelling circumstances so require.

BY THE COURT:

By: _/s/ Shana Restucci_
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov

Dated:  June 5, 2023