IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., minor child, and MR. A., his father; and E.A.Q.A., minor child, and MR. Q., his father,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:　CIVIL ACTION NO. 21-469<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 23rd day of June, 2023, the initial pretrial conference in this matter being currently scheduled for July 19, 2023 (Doc. No. 66); accordingly, it is hereby **ORDERED** that the clerk of court shall **PLACE** this matter in **CIVIL SUSPENSE** pending further order of court.[1]

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ *Edward G. Smith*
　　　　　　　　　　　　　　　　　　EDWARD G. SMITH, J.

---

[1] The placement of this matter into civil suspense does not prejudice the rights of the parties to this litigation.