# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.D.A., et. al. | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
|    v. | : | No. 5:21CV469 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|    Defendant. | : | |

## O R D E R

AND NOW, TO WIT: This **15th day of December, 2023** it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel.

GEORGE WYLESOL
Clerk of Court

BY:     /s/ Donna Marie Croce
            Donna Marie Croce
            Deputy Clerk to the
            Honorable Craig M. Straw
            U.S. Magistrate Judge