UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., minor child, and Mr. A., his father; and E.A.Q.A., minor child, and Mr. Q., his father,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States of America,<br><br>*Defendant*. | Case No. 5:21-cv-00469-JMG<br><br>**ORDER ON PETITION TO TO COMPROMISE AND SETTLE THE CLAIMS OF MINORS C.D.A. AND E.A.Q.A. PURSUANT TO E.D. Pa. LOCAL RULE 41.2** |

ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Plaintiffs' Petition to Compromise and Settle the Claims of Minors C.D.A. and E.A.Q.A., it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
John M. Gallagher
United States District Judge