IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.D.A., <br> A MINOR CHILD, *et al.*, <br>         Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>         Defendant. | Civil No. 5:21-cv-00469-JMG |

**ORDER**

**AND NOW**, this 13th day of May, 2024, upon consideration of Plaintiffs' unopposed Petition to Compromise and Settle the Claims of Minors C.D.A. and E.A.Q.A. (ECF No. 79), **IT IS HEREBY ORDERED** that the Petition (ECF No. 79) is **APPROVED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge